## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREEM RICE** | : |
| | : |
| **Plaintiff** | : |
| | : **CIVIL ACTION 20-02404** |
| v. | : |
| | : |
| **A.T. CHADWICK, INC** | : |
| | : |
| And | : |
| | : |
| **A.T. CHADWICK, LLC** | : |
| | : |
| And | : |
| | : |
| **L.F DRISCOLL CO., INC.** | : |
| | : |
| And | : |
| | : |
| **JIMMY KRATZ d/b/a** | : |
| **L.F. DRISCOLL, CO., LLC.** | : |
| | : |
| And | : |
| | : |
| **RICHARD LIPINSKI d/b/a** | : |
| **L.F. DRISCOLL, CO., LLC** | : |
| | : |
| And | : |
| | : |
| **FRAN SPAUSE** | : |
| **d/b/a L.F. DRISCOLL, CO., LLC** | : |
| | : |
| And | : |
| | : |
| **THOMAS WALLS** | : |
| **d/b/a A.T CHADWICK COMPANY, INC** | : |
| **also d/b/a A.T. CHADWICK, LLC** | : |
| | : |
| And | : |
| | : |
| **VINCENT FITZGERALD** | : |
| **d/b/a L.F. DRISCOLL, CO., LLC** | : |
| | : |
| | : |

| | |
|---|---|
| SERVICE MASTER ASSURED CLEANING SERVICES | : : : |
| **Defendants** | : : |

## MOTION TO DISMISS OF DEFENDANTS A.T. CHADWICK COMPANY, INC., A.T. CHADWICK, LLC AND THOMAS WALLS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendants A.T Chadwick Company, Inc., A.T. Chadwick, LLC and Thomas Walls, (hereinafter "Moving Defendants"), by and through their undersigned counsel, hereby files this motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this motion, Moving Defendants incorporate the attached memorandum of law. Moving Defendants respectfully request that the court dismissed the claims asserted against them.

                                                WILLIAM J. FERREN & ASSOCIATES

BY:    /s/Joseph G. McHale, Attorney at Law
           Attorney for Defendants, Defendants, A.T. Chadwick, Inc.,
           A. T. Chadwick, LLC and Thomas Walls, d/b/a A.T.
           Chadwick, Company, Inc., also, d/b/a A.T. Chadwick,
           LLC.
           Post Office Box 2903
           Hartford, CT  06104-2903
           267-675-3021
           jmchale@travelers.com

Date:  7/17/2020

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREEM RICE** : | |
| : | |
| **Plaintiff** : | |
| : | **CIVIL ACTION 20-02404** |
| v. : | |
| : | |
| **A.T. CHADWICK, INC** : | |
| : | |
| And : | |
| : | |
| **A.T. CHADWICK, LLC** : | |
| : | |
| And : | |
| : | |
| **L.F DRISCOLL CO., INC.** : | |
| : | |
| And : | |
| : | |
| **JIMMY KRATZ d/b/a** : | |
| **L.F. DRISCOLL, CO., LLC.** : | |
| : | |
| And : | |
| : | |
| **RICHARD LIPINSKI d/b/a** : | |
| **L.F. DRISCOLL, CO., LLC** : | |
| : | |
| And : | |
| : | |
| **FRAN SPAUSE** : | |
| **d/b/a L.F. DRISCOLL, CO., LLC** : | |
| : | |
| And : | |
| : | |
| **THOMAS WALLS** : | |
| **d/b/a A.T CHADWICK COMPANY, INC** : | |
| **also d/b/a A.T. CHADWICK, LLC** : | |
| : | |
| And : | |
| : | |
| **VINCENT FITZGERALD** : | |
| **d/b/a L.F. DRISCOLL, CO., LLC** : | |
| : | |
| : | |

| | |
|---|---|
| **SERVICE MASTER ASSURED CLEANING SERVICES** | :<br>:<br>: |
| **Defendants** | : |

## CERTIFICATE OF SERVICE

I, Joseph G. McHale, Attorney at Law do hereby certify that the Motion to Dismiss and Memorandum of Law and supporting documents per Fed. R. Civ. P. 12(b)(6) on behalf of Defendants, T. Chadwick, Inc., A. T. Chadwick, LLC and Thomas Walls, d/b/a A.T. Chadwick, Company, Inc., also, d/b/a A.T. Chadwick, LLC. was filed electronically with the Court and copies were sent to all counsel/parties via the Court's e-filing system on July 17, 2020.

                              WILLIAM J. FERREN & ASSOCIATES

BY:    /s/<u>Joseph G. McHale, Attorney at Law</u>
            Attorney for Defendants, Defendants, A.T. Chadwick, Inc., A. T. Chadwick, LLC and Thomas Walls, d/b/a A.T. Chadwick, Company, Inc., also, d/b/a A.T. Chadwick, LLC.
            Post Office Box 2903
            Hartford, CT  06104-2903
            267-675-3021
            jmchale@travelers.com