IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM RICE, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 20-2404 |
| CITY OF PHILADELPHIA et al., | : |
| Defendants. | : |

## ORDER

**AND NOW**, this __8th__ day of July 2021, upon consideration of Plaintiff Kareem Rice's Complaint (ECF 1), Defendants City of Philadelphia and several law enforcement officers'[1] (together the "City Defendants") Motion to Dismiss (ECF 2), Plaintiff's Motion for Extension of Time to File Response/Reply (ECF 4), Plaintiff's Amended Complaint (ECF 5), Defendants A.T. Chadwick Company Inc., A.T. Chadwick, LLC, and Thomas Walls'(together the "Chadwick Corp. Defendants") Motion to Dismiss and the Memorandum in Support (ECFs 9,10), Plaintiff's Motion for Extension of Time to File Response and accompanying letter (ECFs 12,13), and Defendants Jimmy Kratz, Richard Lipinski, Fran Spause and Vincent Fitzgerald's (together the "Project Management Defendants") Motion to Dismiss (ECF 23), and Plaintiff's Response in Opposition (ECF 24), **IT IS HEREBY ORDERED AND DECREED** that:

(1) The City Defendants' Motion is **GRANTED**. All claims against the City Defendants are **DISMISSED WITH PREJUDICE.**

---

[1] Officer Melissa O'Leary, Detective Sharon Murphy, Detective John Frei, Detective Robert Kerwin, Lieutenant Anthony LaSalle, Officer Zachary Raymond, Sergeant Angel Gonzalez, Officer Michael Sowell, Officer Jonathan Dedos, and Sergeant Steven Vano.

(2) The Chadwick Corp. Defendants' Motion is **GRANTED**. All claims against the City Defendants are **DISMISSED WITH PREJUDICE.**

(3) The Project Management Defendants' Motion is **GRANTED**. Count I against the Project Management Defendants is **DISMISSED WITH PREJUDICE**. Counts II and III against the Chadwick Corp. Defendants are **DISMISSED WITHOUT PREJUDICE.**

(4) Plaintiff's Motion for Extension of Time to File (ECF 4) is **GRANTED.**

(5) Plaintiffs Motion for Extension of Time to File (ECF 12) is **GRANTED** in part. Plaintiff will have thirty (30) days from the date of this order to amend his filings as to Counts II and III against the Project Management Defendants.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

**Hon. Petrese B. Tucker, U.S.D.J.**